UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>TAYLOR LEE THRUELSEN,<br><br>                    Defendant. | CASE NO. MJ 15-545<br><br>DETENTION ORDER |

Offense charged: Conspiracy to Possess with Intent to Distribute Cocaine; Possession with Intent to Distribute Cocaine

Date of Detention Hearing:   December 7, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.   Defendant is charged by Indictment in the District of Oregon, Case No. 15-CR-398 AA.  He has waived an identity hearing and an Order of Transfer has been signed.

2.   Defendant has an active heroin habit.  He is not employed.  He has a recent

DETENTION ORDER
PAGE - 1

history of failure to appear related to a 2014 state charge for which a bench warrant was issued.

      3.     Defendant poses a risk of nonappearance due to a history of controlled substance use, possible mental health issues, lack of employment, and a pending charge. He poses a risk of danger based on criminal history.

      4.     There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 7th day of December, 2015.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE - 2